*Materia Music, Inc. v. Christopher Davidson*

# Exhibit A

| Takedown Google Ticket No. | Counter Notification Google Ticket No. | Infringing URL | Date Posted | Incorporated Materia Work | Copyright Reg. No. | Date Takedown Submitted | Date Counternotification Submitted |
|---|---|---|---|---|---|---|---|
| ILQ2QUI23IEUOOFN3NTIDNHRIA | 22Z6GILXSC527H74GOY2PUAX64 | https://www.youtube.com/watch?v=7UY1qEUxa74 | 2019-11-22 | Hip Shop | PA0002164011 | 2026-09-08 | 2026-09-14 |
| ILQ2QUI23IEUOOFN3NTIDNHRIA | 6WPKYGYBJ2YNDDTACZ3OQUD2ZE | https://www.youtube.com/watch?v=MdJL40UM2Ts | 2019-06-29 | Hip Shop | PA0002164011 | 2026-09-08 | 2026-09-14 |
| ZYJBIWUKONFWTUUC77NRMLUHRY | BMGFQFWAOUHQTY7D54UZBRGYFI | https://www.youtube.com/watch?v=qAASKTSTk-w | 2021-10-08 | Lost Girl | PA0002553850 | 2026-09-08 | 2026-09-14 |
| UG2KMN3572OKNDDQAC6MSAWX5Q | BOM7YTSFXNN3PXG3CMRYXAUIVE | https://www.youtube.com/watch?v=H3exBli7QfU | 2020-01-04 | His Theme | SR0000784995 | 2026-09-07 | 2026-09-14 |
| IBZ7JRNYMY7EN3UWZTXX35DJIE | CTKYAEL3W4EJ73EZ5JZEDNVGQA | https://www.youtube.com/watch?v=yNlVgyewrTU | 2018-11-04 | The Legend | PA0002164011 | 2026-09-09 | 2026-09-14 |
| H5DR2NXUR5Z3Y5OQE7RCIRIU5Y | FYK67GMPMVL73FK4KNNALJO7KM | https://www.youtube.com/watch?v=YRLOuXuACRQ | 2018-11-08 | UNDERTALE | SR0000784995 | 2026-09-07 | 2026-09-14 |
| SF57MZLSKRJ635J2PLKIJYQN5A | IAXWW43ZX2BNDBLGC6SUGEJVP4 | https://www.youtube.com/watch?v=Ayuo5WzceIc | 2019-05-18 | Checker Dance | PA0002164011 | 2026-09-07 | 2026-09-14 |
| UG2KMN3572OKNDDQAC6MSAWX5Q | P4CN3I4WSN7FFPPE3ZUJSDAHC4 | https://www.youtube.com/watch?v=Gu8A8uWAJaA | 2015-12-04 | Tem Shop | SR0000784995 | 2026-09-07 | 2026-09-14 |
| TJX64BPX3HTK42V7C6UC37AS74 | S7VHAODSLSVJBBQY2CZUDNGDOM | https://www.youtube.com/watch?v=iOAq0ywRUjQ | 2019-11-19 | Spider Dance | SR0000784995 | 2026-09-09 | 2026-09-14 |
| ILQ2QUI23IEUOOFN3NTIDNHRIA | U3SPS74SZGJSNPDBPPG7ZGUBMI | https://www.youtube.com/watch?v=94M0uqPx_lk | 2016-06-24 | Thundersnail | SR0000784995 | 2026-09-08 | 2026-09-14 |
| GHYONVDCTWBCJ6INNBRMNF7N7E | W6B5CAD5VJFCLBUCR5O537IRIA | https://www.youtube.com/watch?v=Uh3RLKTebAE | 2016-05-01 | BONETROUSLE | SR0000784995 | 2026-09-09 | 2026-09-14 |
| ILQ2QUI23IEUOOFN3NTIDNHRIA | ZBZGK3ZJHO2HFC4ZBNHHFB2754 | https://www.youtube.com/watch?v=cOPbav7Sqd0 | 2021-11-24 | BIG SHOT | PA0002553850 | 2026-09-08 | 2026-09-14 |
| H6XCW3B7TG76BLFYDHTX3JHU5E | 2Z5L5QNF5JROJVHTFNLSZTUFJM | https://www.youtube.com/watch?v=xGIETWS7TM0 | 2020-06-20 | It's Raining Somewhere Else | SR0000784995 | 2026-09-09 | 2026-09-15 |
| WGYLQO7RT7JYB2C3U5MDS2DRPI | 3BXBMWUQMOHU7SZQG3XTSADTK4 | https://www.youtube.com/watch?v=A-oE4lQPNLk | 2020-12-17 | Undertale | SR0000784995 | 2026-09-09 | 2026-09-15 |
| GXYRSX2KFI2ZRMVT6OVO5WQQQI | 4ICJWMQ2PE5PF3OCAISBAB5VAQ | https://www.youtube.com/watch?v=qe_6ISNbwiE | 2020-02-07 | UNDERTALE | SR0000784995 | 2026-09-07 | 2026-09-15 |
| T4TQ6YT5L65IIA32QPQU6WU75A | DJJX3RU36XRC6SFUFZQ6PIAMIE | https://www.youtube.com/watch?v=HiafsRKmqHw | 2018-12-22 | Hip Shop | PA0002164011 | 2026-09-09 | 2026-09-15 |
| GXYRSX2KFI2ZRMVT6OVO5WQQQI | ELFIG54LTFKUE3DNDQ4DF3NR7E | https://www.youtube.com/watch?v=hhvefn0GFl0 | 2019-01-30 | Rude Buster | PA0002164011 | 2026-09-07 | 2026-09-15 |
| GXYRSX2KFI2ZRMVT6OVO5WQQQI | JOY4PVZKOMVRM6FIOVWJPCUYZM | https://www.youtube.com/watch?v=a4lACTKRAeQ | 2020-02-12 | SANS | SR0000784995 | 2026-09-07 | 2026-09-15 |
| GXYRSX2KFI2ZRMVT6OVO5WQQQI | L5KREAWFEWOSRP6KJXUTR4DHCI | https://www.youtube.com/watch?v=uULc2FAvshw | 2018-12-04 | CHAOS KING | PA0002164011 | 2026-09-07 | 2026-09-15 |
| GXYRSX2KFI2ZRMVT6OVO5WQQQI | O4F74EAKRHC2ETFO74LHSNC42Q | https://www.youtube.com/watch?v=NxHx60Ox41g | 2018-11-11 | RUDE BUSTER | PA0002164011 | 2026-09-07 | 2026-09-15 |
| NY2FWGHGAEVEK7U7J5FBG2VLYY | OPPHKEOCTVTM54HUGJCD22OP4Y | https://www.youtube.com/watch?v=MzVLdX7fL6o | 2018-08-06 | In the Mirror | SR0000857367 | 2026-09-07 | 2026-09-15 |
| 4HDTU327FNBW3IGEZ6MBXTO2VY | SQW5PWWTB3B7UEL4W7GDN5YXJU | https://www.youtube.com/watch?v=6mSUOcfwr0w | 2018-12-11 | Before the Story | PA0002164011 | 2026-09-09 | 2026-09-15 |
| ADCKIZ74EF6CD7T7YKWZKA6LMY | TNPPWUSQH72OP2TRJV6IST3ZTQ | https://www.youtube.com/watch?v=P6zPTHSGA3w | 2020-06-24 | Spider Dance | SR0000784995 | 2026-09-09 | 2026-09-15 |
| 2EO2JR5OURQQEB3PRDZFQ7VL5E | UGDUM7V4S4JTEW5GZ77C2VE47A | https://www.youtube.com/watch?v=V131TfihYjw | 2018-11-21 | Hip Shop | PA0002164011 | 2026-09-09 | 2026-09-15 |
| HJRP7EFRTZ5WFZHVUBCEMRDDWU | V64QO3DZI22HHEPGZ3OFMHMEVQ | https://www.youtube.com/watch?v=E0wi_6hcMNY | 2018-10-26 | sans | SR0000784995 | 2026-09-09 | 2026-09-15 |
| GXYRSX2KFI2ZRMVT6OVO5WQQQI | VGHHWKQMGJB2UJDY4U5KV43U5E | https://www.youtube.com/watch?v=BiaFMRv7Ct8 | 2018-11-05 | Hip Shop | PA0002164011 | 2026-09-07 | 2026-09-15 |
| DKJLYDY6UF7YRDTGQ7BB23UBKQ | WGBLRPWQMYSMXJSUH7RR2ZLHEA | https://www.youtube.com/watch?v=CPlTniPHGIQ | 2018-11-26 | Quiet Autumn | PA0002164011 | 2026-09-09 | 2026-09-15 |
| H5DR2NXUR5Z3Y5OQE7RCIRIU5Y | WUMJ3CWSHTYKT65BPRA6XZOO3Q | https://www.youtube.com/watch?v=-KKxz8xUAz0 | 2020-03-19 | UNDERTALE | SR0000784995 | 2026-09-07 | 2026-09-15 |
| CACA7G665GX3OHGVGXIJE26MNU | XWQB65FWGBENHMI2N6O66LZXWA | https://www.youtube.com/watch?v=BM6Y3dF83H8 | 2019-01-10 | MEGALOVANIA | SR0000784995 | 2026-09-09 | 2026-09-15 |
| UG2KMN3572OKNDDQAC6MSAWX5Q | 2DRYOFT7F7YE2XRJTEJNO4CDMA | https://www.youtube.com/watch?v=o26ZJjwi-n8 | 2016-03-04 | Bonetrousle | SR0000784995 | 2026-09-07 | 2026-09-16 |
| L4KXYL7YPKIQV6J6PIJ5YOF3L4 | 2G7OBBD6C4P35TMRTC6IHLHZVA | https://www.youtube.com/watch?v=nqqYx9a0zUU | 2016-12-08 | Last Goodbye | SR0000784995 | 2026-09-07 | 2026-09-16 |
| 77GODH7KQWYWKQI4QP5T7NDWZQ | 2UFILEA4QDFIADYAYGRWG36D7M | https://www.youtube.com/watch?v=Msz4m0nzfNw | 2019-08-10 | It's Raining Somewhere Else | SR0000784995 | 2026-09-09 | 2026-09-16 |
| PPUO4JXQZLBAALQRCZT5OH4ZEQ | 3FU5O4OFJMH54LHREE7CIY4DGE | https://www.youtube.com/watch?v=5fGGjjdnqaM | 2018-11-07 | Field of Hopes and Dreams | PA0002164011 | 2026-09-18 | 2026-09-16 |
| KBDQY7MFFKWTOEBKJIBZCRBTZ4 | 3GKVW6YR2PYPT56SSW2AO2TIHQ | https://www.youtube.com/watch?v=2haBVIE_GAU | 2017-06-07 | Dating Start | SR0000784995 | 2026-09-09 | 2026-09-16 |
| T4X3WAKK2BGVW4FREX7U3NZYIA | 3NN6MPT3KUAFNUGD2JJ77LHBTU | https://www.youtube.com/watch?v=425c1N3BUKw | 2016-06-22 | Hopes And Dreams | SR0000784995 | 2026-09-08 | 2026-09-16 |
| 5A5U237LDIXFIQAC4P7I6JTFE4 | 46XV5SCZMC7FYLREB54P4FL3PE | https://www.youtube.com/watch?v=Db8Fyy6TmSI | 2019-03-13 | A Town Called Hometown | PA0002164011 | 2026-09-13 | 2026-09-16 |
| L4KXYL7YPKIQV6J6PIJ5YOF3L4 | 4ERPXRS4MCD5ZNIGHUMTSTP5DE | https://www.youtube.com/watch?v=6_fA6Pptogw | 2016-08-13 | Shop | SR0000784995 | 2026-09-07 | 2026-09-16 |
| ILQ2QUI23IEUOOFN3NTIDNHRIA | 4LUP37TB66PG7TLSGN25U4CRNU | https://www.youtube.com/watch?v=sP_cIlmNY1U | 2017-05-27 | Bonetrousle | SR0000784995 | 2026-09-08 | 2026-09-16 |
| L4KXYL7YPKIQV6J6PIJ5YOF3L4 | 4NNKKVDDWKEZGJSXEH32UUH5MA | https://www.youtube.com/watch?v=aPZGN5kT7UA | 2016-03-05 | Fallen Down | SR0000784995 | 2026-09-07 | 2026-09-16 |
| EQDAQQ4A2GYKPPWTFVV4AIDAI4 | 4RNMMFEQE2IPIWGMIRAJJJKUQE | https://www.youtube.com/watch?v=_ZL9LrgwQaA | 2016-06-26 | Asgore | SR0000784995 | 2026-09-10 | 2026-09-16 |
| ZHP44SJC4FXXDYH27SB3RH2JNY | 55D2HIN5MO623SCQTUD6FVOM24 | https://www.youtube.com/watch?v=O9gWlJlR4mY | 2016-09-17 | BONETROUSLE | SR0000784995 | 2026-09-09 | 2026-09-16 |
| SF57MZLSKRJ635J2PLKIJYQN5A | 5ETGTCN66KMWDH4DCAYKTFYSLE | https://www.youtube.com/watch?v=_dZAK9ymIC8 | 2018-06-28 | Asgore | SR0000784995 | 2026-09-07 | 2026-09-16 |
| SF57MZLSKRJ635J2PLKIJYQN5A | 5ILZKUBMVE56OHRLY4S7HXPKQY | https://www.youtube.com/watch?v=zTgW7EsGC0A | 2017-10-14 | Undertale | SR0000784995 | 2026-09-07 | 2026-09-16 |
| SF57MZLSKRJ635J2PLKIJYQN5A | 5QRUUOWZ5FCKQ6VR33Z7EW5ZEE | https://www.youtube.com/watch?v=Fh6oU4DN9l4 | 2020-11-03 | Undertale | SR0000784995 | 2026-09-07 | 2026-09-16 |
| O6WW2OEOTOYICPEOVAALEYJUYE | 5S7IE357Y3QN6BUBDFEOO5KWR4 | https://www.youtube.com/watch?v=Sm9o_ZPwQdE | 2018-12-14 | The World Revolving | PA0002164011 | 2026-09-10 | 2026-09-16 |
| 77GODH7KQWYWKQI4QP5T7NDWZQ | 635IQOGRYDIUXEWNJZBHPF33GE | https://www.youtube.com/watch?v=hAzL3i52N08 | 2017-05-17 | Once Upon a Time | SR0000784995 | 2026-09-09 | 2026-09-16 |
| L4KXYL7YPKIQV6J6PIJ5YOF3L4 | 654UOLT25U25MUDYDPKKAZEAAM | https://www.youtube.com/watch?v=S1n-G0CNehA | 2016-01-18 | Death By Glamour | SR0000784995 | 2026-09-07 | 2026-09-16 |
| 5N2ZP7XEDMNRWLJ5XDL4FSKCUQ | 6B7QHELWIGZQTX3GWZWRRZDG4U | https://www.youtube.com/watch?v=s6BHQztjkuU | 2018-11-13 | Checker Dance | PA0002164011 | 2026-09-09 | 2026-09-16 |
| TJX64BPX3HTK42V7C6UC37AS74 | 6C7ITA2TG45GCZCUKYPHYN4IYQ | https://www.youtube.com/watch?v=8ejgG8JO1pI | 2018-12-04 | Rouxls Kaard | PA0002164011 | 2026-09-09 | 2026-09-16 |
| ILQ2QUI23IEUOOFN3NTIDNHRIA | 72YAKNZGXIACKJ6YEJXAULAL4M | https://www.youtube.com/watch?v=vZhB-g6lLy8 | 2021-07-03 | Dating Start | SR0000784995 | 2026-09-08 | 2026-09-16 |
| H5DR2NXUR5Z3Y5OQE7RCIRIU5Y | 7H2SBLEP4STAIQBYX5WKZJM3MY | https://www.youtube.com/watch?v=xVdlBcOyFMQ | 2020-03-05 | UNDERTALE | SR0000784995 | 2026-09-07 | 2026-09-16 |
| NY2FWGHGAEVEK7U7J5FBG2VLYY | 7QQABY3J7RYBHYUM2R2JUIX6HY | https://www.youtube.com/watch?v=ZlU0gfQJlB8 | 2021-05-14 | First Steps | SR0000857367 | 2026-09-07 | 2026-09-16 |
| KYZG4ZMYXBHAHUSG2PIYNHGMWA | 7YPWU3OMJBLXUR5UUFCLPAGT3I | https://www.youtube.com/watch?v=ih-bPfUb3nY | 2016-12-10 | Home | SR0000784995 | 2026-09-09 | 2026-09-16 |
| I7I3HKIQV4AABIVODGHBDRWCR4 | 7ZRAQG6XZIWSFQVUKA4I2XFFGQ | https://www.youtube.com/watch?v=BxSfKGMxHGM | 2018-11-28 | The World Revolving | PA0002164011 | 2026-09-07 | 2026-09-16 |
| TJX64BPX3HTK42V7C6UC37AS74 | ATYXQ4AUVU57N5Z7FPQGZJZKLU | https://www.youtube.com/watch?v=jcjVRl0Muu0 | 2018-07-14 | Don't Give Up | SR0000784995 | 2026-09-09 | 2026-09-16 |
| OLWZXIINPRAI7WHE3KRXQJSKHQ | AVYRWDFEPEZXNNYZMJLIBBHXBE | https://www.youtube.com/watch?v=O3NZvYdH3mw | 2016-06-25 | Spear of Justice | SR0000784995 | 2026-09-09 | 2026-09-16 |
| WKNLFRUM5EYG57FAFA4CZFBWSY | AVYRWDFEPEZXNNYZMJLIBBHXBE | https://www.youtube.com/watch?v=O3NZvYdH3mw | 2016-06-25 | Spear of Justice | SR0000784995 | 2026-09-10 | 2026-09-16 |
| L4KXYL7YPKIQV6J6PIJ5YOF3L4 | AX36CHS5OEWHKWQKNPHWQELA4Q | https://www.youtube.com/watch?v=RXGhNWlJkNc | 2016-10-19 | Megalovania | SR0000784995 | 2026-09-07 | 2026-09-16 |
| KBDQY7MFFKWTOEBKJIBZCRBTZ4 | AXR3PIPOPIVCQDNNEAI7NV2IOQ | https://www.youtube.com/watch?v=lPExzunYlvo | 2016-05-19 | Another Medium | SR0000784995 | 2026-09-09 | 2026-09-16 |
| EMW5B3725HUDM2PFGWKGBDI7UA | B3QC5ZWDWCBATT7OXLYNWKC5X4 | https://www.youtube.com/watch?v=OxcF9CpJ0PE | 2021-10-15 | Attack of the Killer Queen | PA0002553850 | 2026-09-10 | 2026-09-16 |
| SF57MZLSKRJ635J2PLKIJYQN5A | BGPVMFCQ5CKUK727VYPXZQZVYQ | https://www.youtube.com/watch?v=GfIftoNn2cY | 2018-11-27 | Field of Hopes and Dreams | PA0002164011 | 2026-09-07 | 2026-09-16 |
| ILQ2QUI23IEUOOFN3NTIDNHRIA | BQENGACLK25FJG7RKBVWCQ2QGY | https://www.youtube.com/watch?v=y7by8Fqkchs | 2017-02-22 | Bonetrousle | SR0000784995 | 2026-09-08 | 2026-09-16 |
| 7QHOMH7TOUGXRTIEC2KSMIVOCU | C3IYRF77BBJNXVDT4TXIEET23A | https://www.youtube.com/watch?v=W9LrYt3AHT0 | 2016-12-17 | MEGALOVANIA | SR0000784995 | 2026-09-08 | 2026-09-16 |
| EVARQWQ5GTJWLFWAZHMEERUXTI | CQCUL47RXSLC7O445WVO4IALMA | https://www.youtube.com/watch?v=35tLabjDQDM | 2021-10-19 | A Cyber's World? | PA0002553847 | 2026-09-15 | 2026-09-16 |
| ZHP44SJC4FXXDYH27SB3RH2JNY | CS3KKBPNL7A6NMXEDWGBK6MZNY | https://www.youtube.com/watch?v=KKhMnWSDjfM | 2016-06-21 | Once Upon A Time | SR0000784995 | 2026-09-09 | 2026-09-16 |
| KBDQY7MFFKWTOEBKJIBZCRBTZ4 | CWCPFGAQUNXSCRKHNTVX2ERFBQ | https://www.youtube.com/watch?v=8pqBchg6zaU | 2017-06-12 | Dating Start | SR0000784995 | 2026-09-09 | 2026-09-16 |
| L4KXYL7YPKIQV6J6PIJ5YOF3L4 | DIUH4TCBOWXH2NUSNZ4GLCUHCI | https://www.youtube.com/watch?v=RxzDxcGxHQ0 | 2016-03-14 | Hopes and Dreams | SR0000784995 | 2026-09-07 | 2026-09-16 |

# Exhibit A

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2KB7OP6IMLE5YNRO3OFZ6IMLH4 | EDMKTWTTP6MWMNTYDYMLHJJRJM | https://www.youtube.com/watch?v=UiVTepH_JxI | 2016-06-18 | Your Best Nightmare | SR0000784995 | 2026-09-10 | 2026-09-16 |
| ILQ2QUI23IEUOOFN3NTIDNHRIA | EHKX3B3RLA74KUBYZGAQ6K7QEY | https://www.youtube.com/watch?v=qNp4_pFkM5Q | 2019-07-06 | Hopes and Dreams | SR0000784995 | 2026-09-08 | 2026-09-16 |
| ZHP44SJC4FXXDYH27SB3RH2JNY | EJLVVKNFOKGEP2DJKB22RBQHOQ | https://www.youtube.com/watch?v=WF3ZIx57X2M | 2016-02-17 | UNDERTALE | SR0000784995 | 2026-09-09 | 2026-09-16 |
| OLWZXIINPRAI7WHE3KRXQJSKHQ | EZOH2QZJTEHG6U6B7VAOD3GXYU | https://www.youtube.com/watch?v=dMegh55K-FA | 2017-12-13 | Snowdin Town | SR0000784995 | 2026-09-09 | 2026-09-16 |
| ZKOXEDO4SVCCJXBNBHQLRK77TI | EZOH2QZJTEHG6U6B7VAOD3GXYU | https://www.youtube.com/watch?v=dMegh55K-FA | 2017-12-13 | Snowdin Town | SR0000784995 | 2026-09-10 | 2026-09-16 |
| SF57MZLSKRJ635J2PLKIJYQN5A | F7M57S6WTT7QPMH7Y7P6DUJNVU | https://www.youtube.com/watch?v=LmfSagzp2z4 | 2016-06-23 | Enemy Approaching | SR0000784995 | 2026-09-07 | 2026-09-16 |
| 3VODDEGJJ3LXVZ3FNWC3PUNU6Y | FELEYRNQ54EFETD4A3FP73HAVY | https://www.youtube.com/watch?v=cQb4gkk0HpQ | 2019-03-10 | Hip Shop | PA0002164011 | 2026-09-10 | 2026-09-16 |
| D22ZAHYOZI2BS5S2734STKPTJE | FELEYRNQ54EFETD4A3FP73HAVY | https://www.youtube.com/watch?v=cQb4gkk0HpQ | 2019-03-10 | HIP SHOP | PA0002164011 | 2026-09-09 | 2026-09-16 |
| 37RUSX4OQG5Y4B4JKB5GA3IT2I | FRBRCRCZBXIJBYAYWEIVLWLRZI | https://www.youtube.com/watch?v=eWfCB2UkQh4 | 2018-12-17 | Empty Town | PA0002164011 | 2026-09-09 | 2026-09-16 |
| J3PXHCHB5DKNTCFQ6K22C7CWEE | GNOH4APHCBX737HFMIT2WXP7AU | https://www.youtube.com/watch?v=uH978Cr2A4c | 2021-10-20 | LOST GIRL | PA0002553850 | 2026-09-09 | 2026-09-16 |
| CZDXYRZCCZCBFV2MSMC5MAI7WQ | H62R4IJLYRQK7XRSP667G4PUUU | https://www.youtube.com/watch?v=bynYepXMSlk | 2016-05-10 | MEGALOVANIA | SR0000784995 | 2026-09-08 | 2026-09-16 |
| ILQ2QUI23IEUOOFN3NTIDNHRIA | HXCCSWKRH2WX4TA3ULTIBVVTIE | https://www.youtube.com/watch?v=dQxHuWZdsn0 | 2017-02-18 | Song That Might Play When You Fight sans | SR0000784995 | 2026-09-08 | 2026-09-16 |
| H5DR2NXUR5Z3Y5OQE7RCIRIU5Y | HYONKBTBMQCHWKEQYG5GBDK6OQ | https://www.youtube.com/watch?v=um0l6jBOCOM | 2020-03-01 | UNDERTALE | SR0000784995 | 2026-09-07 | 2026-09-16 |
| FHUAHYRJ3SKUTPTLHYXQH3ITBI | IH6WZOKRM2VBQAPMQ2TWSDSLGQ | https://www.youtube.com/watch?v=nCfCWy8KL-8 | 2021-04-20 | DogSong | SR0000784995 | 2026-09-09 | 2026-09-16 |
| D22ZAHYOZI2BS5S2734STKPTJE | ILEKKOZQEH27QWAMQ3BWIENAH4 | https://www.youtube.com/watch?v=HmA9nC9X_8E | 2025-07-22 | ATTACK OF THE KILLER QUEEN | PA0002553850 | 2026-09-09 | 2026-09-16 |
| NY2FWGHGAEVEK7U7J5FBG2VLYY | IQLDRTC5MJ5TLG4NR5RKBWPR2I | https://www.youtube.com/watch?v=atvcI7iiFAs | 2018-02-03 | In the Mirror | SR0000857367 | 2026-09-07 | 2026-09-16 |
| NY2FWGHGAEVEK7U7J5FBG2VLYY | JAEDM534F3WSQF7OUQDKKAR4WE | https://www.youtube.com/watch?v=jhyWdfWo0yk | 2018-04-14 | Resurrections | SR0000857367 | 2026-09-07 | 2026-09-16 |
| JW6Q3BKCQ5ZQRROXOXDZ4BBR44 | JAVPP5XABSLTK6TV2CU5B4LPZE | https://www.youtube.com/watch?v=QqtQZmPgoHQ | 2016-03-11 | Finale | SR0000784995 | 2026-09-09 | 2026-09-16 |
| N73CX2I4NI7U33IUHHPJD2GPGE | JDSEVPYVYY3H4ZXVEGFODAGZWM | https://www.youtube.com/watch?v=sae-sxLtRXQ | 2015-12-02 | Spooktune | SR0000784995 | 2026-09-10 | 2026-09-16 |
| SF57MZLSKRJ635J2PLKIJYQN5A | JLUN3KKMVA2XOYZ6KPSWGS7LHE | https://www.youtube.com/watch?v=F54IWMb7FFA | 2016-11-16 | Thundersnail | SR0000784995 | 2026-09-07 | 2026-09-16 |
| 37RUSX4OQG5Y4B4JKB5GA3IT2I | JS3SAJYVN4EO7YXNCRTEPC2V4I | https://www.youtube.com/watch?v=2-RpxLaTj3U | 2017-09-02 | Snowdin Town | SR0000784995 | 2026-09-09 | 2026-09-16 |
| L4KXYL7YPKIQV6J6PIJ5YOF3L4 | JUN7G64Z4XURQNZ3UHHKSPG5YI | https://www.youtube.com/watch?v=BOtbY02TeLU | 2016-04-26 | Ghost Fight | SR0000784995 | 2026-09-07 | 2026-09-16 |
| WDSMOP6ZHUO5BEOYCFA6J6NJHE | K6XW6RKFYGRGFF4OPLXF3Q7ZVE | https://www.youtube.com/watch?v=vtA7IfQCpd8 | 2021-10-15 | A Cyber's World? | PA0002553847 | 2026-09-08 | 2026-09-16 |
| D22ZAHYOZI2BS5S2734STKPTJE | KB6T2RRW3JJ747FY6QEJL27HJ4 | https://www.youtube.com/watch?v=WvIgXTkkgBg | 2021-11-03 | HIP SHOP | PA0002164011 | 2026-09-09 | 2026-09-16 |
| GXYRSX2KFI2ZRMVT6OVO5WQQQI | KSSVRS4YPXQKWVXGTD2BCKZE6Y | https://www.youtube.com/watch?v=FGCsKA8J_W8 | 2020-06-04 | HOPES AND DREAMS | SR0000784995 | 2026-09-07 | 2026-09-16 |
| 2EO2JR5OURQQEB3PRDZFQ7VL5E | KY26MSTN3ZDHAC2DTNYYUJA76Y | https://www.youtube.com/watch?v=27VtkpwPBnM | 2020-01-27 | MEGALOVANIA | SR0000784995 | 2026-09-09 | 2026-09-16 |
| EVARQWQ5GTJWLFWAZHMEERUXTI | L6UV2AVI5EXPMG3LBWSDBW7T64 | https://www.youtube.com/watch?v=uCxTKFzTeac | 2020-09-12 | Once Upon a Time | SR0000784995 | 2026-09-15 | 2026-09-16 |
| J3PXHCHB5DKNTCFQ6K22C7CWEE | LKZ5LID5RWQJXEJ5ML4RCZJWKM | https://www.youtube.com/watch?v=Mu2wfDJ47tw | 2016-09-15 | UNDERTALE | SR0000784995 | 2026-09-09 | 2026-09-16 |
| E6ZQZH7OQ3UOIGVSBHCREMTLLI | LRJFU2YHHTAJAXCKSPCFPPSNHQ | https://www.youtube.com/watch?v=beHfCzufGXw | 2018-11-29 | Field of Hopes and Dreams | PA0002164011 | 2026-09-09 | 2026-09-16 |
| UG2KMN3572OKNDDQAC6MSAWX5Q | MYAOH4PIYIEK7SQZJ7Q7SMHHVU | https://www.youtube.com/watch?v=rvXm2TNLfnQ | 2016-03-12 | Spider Dance | SR0000784995 | 2026-09-07 | 2026-09-16 |
| L4KXYL7YPKIQV6J6PIJ5YOF3L4 | NLIHKKHICJRYRA7XNBKTDDHCPU | https://www.youtube.com/watch?v=oXKSkdHVUzs | 2016-03-09 | Metal Crusher | SR0000784995 | 2026-09-07 | 2026-09-16 |
| 4CO5F623VU7N7EQHNJXKGSE5T4 | NTCEAMUPYWHRHWOPCL6VPEOAI4 | https://www.youtube.com/watch?v=tTPVrLEj9T8 | 2018-05-03 | Megalovania | SR0000784995 | 2026-09-09 | 2026-09-16 |
| SF57MZLSKRJ635J2PLKIJYQN5A | O6VXM36BLZ3TOWCQ5N3CUUHIHE | https://www.youtube.com/watch?v=VAbCjNmPqHg | 2017-05-06 | Hopes and Dreams | SR0000784995 | 2026-09-07 | 2026-09-16 |
| GXYRSX2KFI2ZRMVT6OVO5WQQQI | OBHQONLEFNDERGYGCSCSDYZCY4 | https://www.youtube.com/watch?v=1vgoxXDIaIw | 2020-02-21 | UNDERTALE | SR0000784995 | 2026-09-07 | 2026-09-16 |
| 77GODH7KQWYWKQI4QP5T7NDWZQ | OEYHLZ5L4OZARDQZ53I4BPZNL4 | https://www.youtube.com/watch?v=vtkupKMGork | 2016-04-19 | Uwa!! So Temperate | SR0000784995 | 2026-09-09 | 2026-09-16 |
| UG2KMN3572OKNDDQAC6MSAWX5Q | OGT2SFOGGNIWO3OQJXL7XWATM4 | https://www.youtube.com/watch?v=D0jjZJSAqVI | 2015-11-10 | Megalovania | SR0000784995 | 2026-09-07 | 2026-09-16 |
| I7I3HKIQV4AABIVODGHBDRWCR4 | OHO7NP74EQYWI3RWPEELA6NTGI | https://www.youtube.com/watch?v=0yt_FZ5DnsU | 2018-11-17 | The Legend | PA0002164011 | 2026-09-07 | 2026-09-16 |
| D22ZAHYOZI2BS5S2734STKPTJE | OJFOJI5YAXATXXIS2V4LLXCS7A | https://www.youtube.com/watch?v=Nj8Ro7qLWQ8 | 2019-03-22 | HIP SHOP | PA0002164011 | 2026-09-09 | 2026-09-16 |
| LKJ35XQI6K6M43VYJQMTXYDNT4 | OPPHKEOCTVTM54HUGJCD22OP4Y | https://www.youtube.com/watch?v=qOLLDR-knio | 2020-10-23 | Shop | SR0000784995 | 2026-09-09 | 2026-09-16 |
| J3PXHCHB5DKNTCFQ6K22C7CWEE | OTABOCDNA57FD5FZ5LQGAZAMRE | https://www.youtube.com/watch?v=aNnHKt3AS0o | 2018-11-26 | DON'T FORGET | PA0002164011 | 2026-09-09 | 2026-09-16 |
| GVBR5VY7ZJHRXJWXEKRKUHOKVE | QDBM6GCOMGKGJSUEWD5UXEFHEY | https://www.youtube.com/watch?v=RoB_lIH4wdg | 2023-05-31 | Spider Dance | SR0000784995 | 2026-09-13 | 2026-09-16 |
| 54OFJEKEBCGOWEK6Y4CXPKNOIQ | QMFN4T63ZQWWW4D3T3OGPLZOKQ | https://www.youtube.com/watch?v=DysN-u7TnOs | 2018-11-20 | Friendship | PA0002164011 | 2026-09-09 | 2026-09-16 |
| UG2KMN3572OKNDDQAC6MSAWX5Q | QPULQV2REDW6OMFNY3D7OD77NU | https://www.youtube.com/watch?v=86CLW98R8fE | 2016-01-06 | Bonetrousle | SR0000784995 | 2026-09-07 | 2026-09-16 |
| ILQ2QUI23IEUOOFN3NTIDNHRIA | QSTNSLA6AXDJLOHMBIUM762W6A | https://www.youtube.com/watch?v=ceS8hXLZz2o | 2019-03-15 | Rude Buster | PA0002164011 | 2026-09-08 | 2026-09-16 |
| SFO3IRMQPUY3TN23O7XVIMDRRM | R4TVUIXAWLEWSTRTBAXBG2VTYU | https://www.youtube.com/watch?v=Wan2REH1x9g | 2018-12-30 | MEGALOVANIA | SR0000784995 | 2026-09-09 | 2026-09-16 |
| ZHP44SJC4FXXDYH27SB3RH2JNY | RNFTFGUCVYLDJ7AII5EQUN4F5I | https://www.youtube.com/watch?v=oHZ8XQs-HUA | 2018-11-05 | THE LEGEND | PA0002164011 | 2026-09-09 | 2026-09-16 |
| SF57MZLSKRJ635J2PLKIJYQN5A | RZ7IJJCUKNF5XLKRPQWD2RGR6I | https://www.youtube.com/watch?v=NcY0Zyw_oFY | 2016-05-01 | Core | SR0000784995 | 2026-09-07 | 2026-09-16 |
| G64HSGL5SCIB7EROY2GSICLHTQ | S2OLC35PMQGDUUMQCZD6L2IISU | https://www.youtube.com/watch?v=ZDD9BGXdyCk | 2017-12-01 | sans | SR0000784995 | 2026-09-09 | 2026-09-16 |
| UG2KMN3572OKNDDQAC6MSAWX5Q | SOZPN5YEDAZRN7JSV2BDW4VG3A | https://www.youtube.com/watch?v=N9apnYqaFW8 | 2016-03-06 | MEGALOVANIA | SR0000784995 | 2026-09-07 | 2026-09-16 |
| 37RUSX4OQG5Y4B4JKB5GA3IT2I | SPB57GPELXRW6LNY2L23OSOK24 | https://www.youtube.com/watch?v=_-I93NPVdo4 | 2018-12-15 | Field of Hopes and Dreams | PA0002164011 | 2026-09-09 | 2026-09-16 |
| 77GODH7KQWYWKQI4QP5T7NDWZQ | SWBH32UMKFMD2AGXE27F4T2OAQ | https://www.youtube.com/watch?v=V0jYatPw7OY | 2016-07-09 | Reunited | SR0000784995 | 2026-09-09 | 2026-09-16 |
| BO3WSWIRXKISWB5JZAX25NBGZI | T4BVGMYNDAOV5O7XU53CO7UV7M | https://www.youtube.com/watch?v=1C4nIVmmAWg | 2015-11-18 | Hopes And Dreams | SR0000784995 | 2026-09-07 | 2026-09-16 |
| ZJP2BY4Q5CRKOIQADDVAZH5NLE | T66WJDWRCDESL4244J2UZT2VVE | https://www.youtube.com/watch?v=8lxTSKJT_Ko | 2021-02-20 | UNDERTALE | SR0000784995 | 2026-09-09 | 2026-09-16 |
| HODKRUFDY7CF4JEKVSRMHMYWHE | TF4QLSOTJOUJKQZQU3LHCED5FI | https://www.youtube.com/watch?v=ztCcJhJS8Q8 | 2016-03-13 | Once Upon a Time | SR0000784995 | 2026-09-09 | 2026-09-16 |
| CYLRTNJ3PV3CPBKC7YLJ5BQ5JM | TJFCUDYNIBBBKETHYW4GI2GT3I | https://www.youtube.com/watch?v=wU2R_2BFgPw | 2018-11-24 | Lancer | PA0002164011 | 2026-09-07 | 2026-09-16 |
| OLWZXIINPRAI7WHE3KRXQJSKHQ | UDYFCQGXTNTBD4J7MO5KFMBOTY | https://www.youtube.com/watch?v=pS-d2NdCzdY | 2016-12-24 | Megalovania | SR0000784995 | 2026-09-09 | 2026-09-16 |
| NY2FWGHGAEVEK7U7J5FBG2VLYY | UGN3HPHHFUKY4A5R67TNENYVNM | https://www.youtube.com/watch?v=K6VtFHZqEXc | 2018-01-31 | First Steps | SR0000857367 | 2026-09-07 | 2026-09-16 |
| EVARQWQ5GTJWLFWAZHMEERUXTI | UJUEQFV6QKYXEMQHDGQIBGSXWQ | https://www.youtube.com/watch?v=6LdBrglrT3Q | 2021-12-05 | Don't Forget | PA0002164011 | 2026-09-15 | 2026-09-16 |
| NCPFH3OAZHKMYIFZFYKZLKU2HA | UU7WR4HNWW5GI7HGLTEHMJSFV4 | https://www.youtube.com/watch?v=xHdziIDzGn4 | 2017-12-01 | sans | SR0000784995 | 2026-09-09 | 2026-09-16 |
| XO6F2J6PW3LO4PZ4NBEFXF4NNU | UVSITI4NIIYUEZXLPWNYUZGMX4 | https://www.youtube.com/watch?v=SsNjXDe3c9U | 2018-11-18 | Friendship | PA0002164011 | 2026-09-10 | 2026-09-16 |
| O6WW2OEOTOYICPEOVAALEYJUYE | V7QBMGZWXK7NHGHXYQKIL65OXI | https://www.youtube.com/watch?v=ie5sAixcbFo | 2017-04-22 | Undertale | SR0000784995 | 2026-09-10 | 2026-09-16 |
| G64HSGL5SCIB7EROY2GSICLHTQ | VCE3JQYD6UCLLSXSISBIPWQEEQ | https://www.youtube.com/watch?v=eitgomwm6H8 | 2017-06-17 | Hopes and Dreams | SR0000784995 | 2026-09-09 | 2026-09-16 |
| 65YPSTVGNCS5EUJ2NOFRKYJJNY | VD65I77SHRP5Q3BBBTYJQJQE7Y | https://www.youtube.com/watch?v=z_TTLS_oHR8 | 2016-04-06 | Waterfall | SR0000784995 | 2026-09-08 | 2026-09-16 |
| SF57MZLSKRJ635J2PLKIJYQN5A | VPBIYXUWE5Y3HQRX7BCYCLIJUE | https://www.youtube.com/watch?v=PD92PkKWYZ4 | 2021-10-29 | The Legend | PA0002164011 | 2026-09-07 | 2026-09-16 |
| BJWXONUMP4HMOXQZY7MNL5TYBQ | VPOFHBM2OK7Z3MASQNW3MCLOFI | https://www.youtube.com/watch?v=CxowwTx3wxY | 2019-03-08 | The World Revolving | PA0002164011 | 2026-09-08 | 2026-09-16 |
| GZRPXDA2ZKJYYTLWRMNZ6ROJ5E | VTI3LRMZO3D6DO55CNUCBANRIM | https://www.youtube.com/watch?v=IcsVgMr4Dsk | 2021-10-17 | Lost Girl | PA0002553850 | 2026-09-10 | 2026-09-16 |
| L4KXYL7YPKIQV6J6PIJ5YOF3L4 | WNLNDGIEYCHK6MAJLLYU2CRNMU | https://www.youtube.com/watch?v=UJpQfRa1zjs | 2016-04-29 | Battle Against a True Hero | SR0000784995 | 2026-09-07 | 2026-09-16 |
| AN3HY7TQTM2UJF4UCMPWJW2HQY | X56NDLP63PLHQ77FUQEGBMFUT4 | https://www.youtube.com/watch?v=8V24ds1ByD8 | 2022-02-18 | Until Next Time | PA0002553849 | 2026-09-13 | 2026-09-16 |
| NY2FWGHGAEVEK7U7J5FBG2VLYY | XFKHYROZTAJGYGNR2AOTSUZHG4 | https://www.youtube.com/watch?v=cr2dDzkbzh0 | 2018-06-01 | First Steps | SR0000857367 | 2026-09-07 | 2026-09-16 |

# Exhibit A

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6FU6MOPSQOJGNJ3FEDI3AUEYYY | YODCEIK3YX6D4VOZFEFP2LLYEA | https://www.youtube.com/watch?v=TEAf8paImSY | 2016-03-07 | Home | SR0000784995 | 2026-09-09 | 2026-09-16 |
| UG2KMN3572OKNDDQAC6MSAWX5Q | YQL2NWM4JOHICMNIJSDNSTVIOE | https://www.youtube.com/watch?v=COwC0F6wxbU | 2016-03-18 | Asgore | SR0000784995 | 2026-09-07 | 2026-09-16 |
| O6WW2OEOTOYICPEOVAALEYJUYE | YYIKWIJYVYNG3GXVOW4V4W2F3I | https://www.youtube.com/watch?v=6vDvg4oDtfs | 2016-06-20 | Hopes and Dreams | SR0000784995 | 2026-09-10 | 2026-09-16 |
| B227YYC5B6NHGLBNYYFIZV7D2A | ZDLYAQI65THQWLCUXIK7PKAPNI | https://www.youtube.com/watch?v=b5W0hMnwxwc | 2016-03-08 | Chill | SR0000784995 | 2026-09-08 | 2026-09-16 |
| UG2KMN3572OKNDDQAC6MSAWX5Q | ZPW5CFL2UER7QZVTAGEAOYMFDA | https://www.youtube.com/watch?v=M09rgBar1EY | 2016-01-10 | Spider Dance | SR0000784995 | 2026-09-07 | 2026-09-16 |
| TJX64BPX3HTK42V7C6UC37AS74 | ZVUELK56XDYIO6CLVH4W3EMRDI | https://www.youtube.com/watch?v=uMCUI7gk__Q | 2022-03-18 | Girl Next Door | PA0002553847 | 2026-09-09 | 2026-09-16 |
| S2I63HZRC5M3FVDEZWVMRMIZHU | CRH4MNEGDZ4EGFF72NXZQ7Z364 | https://www.youtube.com/watch?v=fSM-CBZWaiU | 2016-06-22 | MEGALOVANIA | SR0000784995 | 2026-09-18 | 2026-09-20 |
| XC5YKTWL4S5CAB6B4UCBGUDRTQ | CSLI2YDPL2YFR5KNS7CPLOHOYA | https://www.youtube.com/watch?v=0QgLLyktwIg | 2020-07-31 | Megalovania | SR0000784995 | 2026-09-18 | 2026-09-20 |
| F75O65CNLIR3L5AMXM4KSEWY74 | MGLDUFA2BCHVNVRZYNB37ZYTWQ | https://www.youtube.com/watch?v=CPiq54SlJd4 | 2016-04-06 | Bonetrousle | SR0000784995 | 2026-09-18 | 2026-09-20 |
| EU56GALF6EOP442VLJZICC6PJA | ODRJJMP3LPVP7VCBKQ22IVCACA | https://www.youtube.com/watch?v=ZculJHTJTQ0 | 2026-03-25 | Spear of Justice | SR0000784995 | 2026-09-18 | 2026-09-20 |