AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| | | |
|---|---|---|
| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION<br>U.S. District Court for the Western District of Washington<br>700 Stewart Street, Suite 2310<br>Seattle, Washington 98101 |
| DOCKET NO.<br>2:26-cv-3656 | DATE FILED<br>9/28/2026 | |
| PLAINTIFF<br>Materia Music, Inc. | | DEFENDANT<br>Christopher Davidson |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See Attachment A hereto. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# ATTACHMENT A

| | Copyright Reg. No. | Title of Work | Author |
|---|---|---|---|
| 1. | PA0002164011 | A Town Called Hometown | Robert F. Fox |
| 2. | PA0002164011 | Before the Story | Robert F. Fox |
| 3. | PA0002164011 | CHAOS KING | Robert F. Fox |
| 4. | PA0002164011 | Checker Dance | Robert F. Fox |
| 5. | PA0002164011 | Don't Forget | Robert F. Fox |
| 6. | PA0002164011 | Empty Town | Robert F. Fox |
| 7. | PA0002164011 | Field of Hopes and Dreams | Robert F. Fox |
| 8. | PA0002164011 | Friendship | Robert F. Fox |
| 9. | PA0002164011 | Hip Shop | Robert F. Fox |
| 10. | PA0002164011 | Lancer | Robert F. Fox |
| 11. | PA0002164011 | Quiet Autumn | Robert F. Fox |
| 11. | PA0002164011 | Rouxls Kaard | Robert F. Fox |
| 12. | PA0002164011 | Rude Buster | Robert F. Fox |
| 13. | PA0002164011 | The Legend | Robert F. Fox |
| 14. | PA0002164011 | The World Revolving | Robert F. Fox |
| 15. | PA0002553847 | A Cyber's World? | Robert F. Fox |
| 16. | PA0002553847 | Girl Next Door | Robert F. Fox |
| 17. | PA0002553849 | Until Next Time | Robert F. Fox |
| 18. | PA0002553850 | Attack of the Killer Queen | Robert F. Fox |
| 19. | PA0002553850 | BIG SHOT | Robert F. Fox |
| 20. | PA0002553850 | Lost Girl | Robert F. Fox |
| 21. | SR0000784995 | Another Medium | Robert F. Fox |
| 22. | SR0000784995 | Asgore | Robert F. Fox |
| 23. | SR0000784995 | Battle Against a True Hero | Robert F. Fox |
| 24. | SR0000784995 | Bonetrousle | Robert F. Fox |
| 25. | SR0000784995 | Chill | Robert F. Fox |
| 26. | SR0000784995 | Core | Robert F. Fox |
| 27. | SR0000784995 | Dating Start | Robert F. Fox |
| 28. | SR0000784995 | Death By Glamour | Robert F. Fox |
| 29. | SR0000784995 | DogSong | Robert F. Fox |
| 30. | SR0000784995 | Don't Give Up | Robert F. Fox |
| 31. | SR0000784995 | Enemy Approaching | Robert F. Fox |
| 32. | SR0000784995 | Fallen Down | Robert F. Fox |
| 33. | SR0000784995 | Finale | Robert F. Fox |
| 34. | SR0000784995 | Ghost Fight | Robert F. Fox |
| 35. | SR0000784995 | His Theme | Robert F. Fox |
| 36. | SR0000784995 | Home | Robert F. Fox |

| | | | |
|---|---|---|---|
| 37. | SR0000784995 | Hopes and Dreams | Robert F. Fox |
| 38. | SR0000784995 | It's Raining Somewhere Else | Robert F. Fox |
| 39. | SR0000784995 | Last Goodbye | Robert F. Fox |
| 40. | SR0000784995 | Megalovania | Robert F. Fox |
| 41. | SR0000784995 | Metal Crusher | Robert F. Fox |
| 42. | SR0000784995 | Once Upon a Time | Robert F. Fox |
| 43. | SR0000784995 | Reunited | Robert F. Fox |
| 44. | SR0000784995 | sans | Robert F. Fox |
| 45. | SR0000784995 | Shop | Robert F. Fox |
| 46. | SR0000784995 | Snowdin Town | Robert F. Fox |
| 47. | SR0000784995 | Song That Might Play When You Fight sans | Robert F. Fox |
| 48. | SR0000784995 | Spear of Justice | Robert F. Fox |
| 49. | SR0000784995 | Spider Dance | Robert F. Fox |
| 50. | SR0000784995 | Spooktune | Robert F. Fox |
| 51. | SR0000784995 | Tem Shop | Robert F. Fox |
| 52. | SR0000784995 | Thundersnail | Robert F. Fox |
| 53. | SR0000784995 | Undertale | Robert F. Fox |
| 54. | SR0000784995 | Uwa!! So Temperate | Robert F. Fox |
| 55. | SR0000784995 | Waterfall | Robert F. Fox |
| 56. | SR0000784995 | Your Best Nightmare | Robert F. Fox |
| 57. | SR0000857367 | First Steps | Helena Chappelle |
| 58. | SR0000857367 | In the Mirror | Helena Chappelle |
| 59. | SR0000857367 | Resurrections | Helena Chappelle |