THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATERIA MUSIC, INC., a Washington corporation,

Plaintiff,

v.

CHRISTOPHER DAVIDSON p/k/a DJ CUTMAN, an individual, and DOES 1 through 10, inclusive,

Defendants.

No. 2:26-cv-03656-JNW

ACCEPTANCE OF SERVICE OF COMPLAINT AND STIPULATED MOTION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO THE COMPLAINT WITH ORDER

Plaintiff Materia Music, Inc and Defendant Christopher Davidson stipulate as follows:

1. Materia filed this action on September 28, 2026. Dkt. 1.

2. Undersigned counsel for Davidson has agreed on behalf of Davidson to waive formal service of process and accept service of the Summons and Complaint via email to undersigned counsel.

3. Such acceptance of service is without waiver of all defenses or objections to the lawsuit but waives any objection to the absence of a summons or formal service of the summons and Complaint.

4. Materia and Davidson, through undersigned counsel, agree that services of the Summons and Complaint shall be deemed effective as of September 30, 2026.



**Ashurst Perkins Coie US LLP**
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067-6022
Phone: +1.310.788.9900
Fax: +1.310.788.3399

5. In acknowledgment of the acceptance of service described herein, the parties stipulate and agree to extend the deadline for Davidson to respond to Materia's Complaint from October 21, 2026, to November 10, 2026.

IT IS SO STIPULATED this 1st day of October, 2026.

Dated: October 1, 2026

By: *s/William C. Rava*

William C. Rava, Bar No. 29948
**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
will.rava@ashurstperkins.com

Robert W. Clarida, *Pro Hac Vice Forthcoming*
**Ashurst Perkins Coie US LLP**
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
Telephone: +1.212.262.6900
Facsimile: +1.212.977.1649
Robert.Clarida@ashurstperkins.com

Jeffrey Adam Payne, *Pro Hac Vice Forthcoming*
**Ashurst Perkins Coie US LLP**
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067-6022
Telephone: +1.310.788.9900
Facsimile: +1.310.788.3399
Jeffrey.Payne@ashurstperkins.com

*Attorneys for Plaintiff Materia Music Inc*

By: *s/Stacia N. Lay*

Stacia N. Lay, Bar No. 30594
Venkat Balasubramani, Bar No. 28269
**Focal PLLC**
900 1st Avenue S., Suite 201
Seattle, Washington 98134
Tel: (206) 529-4827
Fax: (206) 260-3966
Email: stacia@focallaw.com
Email: venkat@focallaw.com

Attorneys for Defendant

**WORD LIMIT CERTIFICATION**

I certify that this memorandum contains 154 words, in compliance with the Local Civil Rules.

**ORDER**

Having reviewed the parties' Stipulation, and good cause appearing, IT IS SO ORDERED that the deadline for Defendant Christopher Davidson to respond to the Complaint is extended from October 21, 2026, to November 10, 2026.

DATED this 9th day of October, 2026.

The Honorable Jamal N. Whitehead
UNITED STATES DISTRICT JUDGE

Presented by:

*s/William C. Rava*
William C. Rava, Bar No. 29948
**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
will.rava@ashurstperkins.com
*Attorneys for Plaintiff Materia Music Inc*

*s/ Stacia N. Lay*
Stacia N. Lay, Bar No. 30594
Venkat Balasubramani, Bar No. 28269
**Focal PLLC**
900 1st Avenue S., Suite 201
Seattle, Washington 98134
Tel: (206) 529-4827
Fax: (206) 260-3966
Email: stacia@focallaw.com
Email: venkat@focallaw.com
Attorneys for Defendant