THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATERIA MUSIC, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER DAVIDSON p/k/a DJ CUTMAN, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | No. 2:26-cv-03656-JNW<br><br>SECOND STIPULATED MOTION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO THE COMPLAINT WITH ORDER |

Plaintiff Materia Music, Inc and Defendant Christopher Davidson jointly move the Court to extend the deadline for Defendant to respond to the Complaint in this action from November 10, 2026 to November 24, 2026. This stipulated motion is based on the following facts:

1. Plaintiff filed this action on September 28, 2026. Dkt. 1.

2. On October 1, 2026, the parties filed a stipulated motion to extend Defendant's deadline to respond to the Complaint from October 21, 2026, to November 10, 2026. Dkt. 7.

3. The Court granted the parties' first stipulated motion on October 9, 2026, extending the deadline for Defendant to respond to the Complaint to November 10. Dkt. 14.

4. On October 22, 2026, counsel for the parties in the related earlier-filed case *GameChops, LLC v. Materia Music, Inc. et al.*, No. 2:26-cv-03503-RSM (the "GameChops Case")



**Ashurst Perkins Coie US LLP**
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067-6022
Phone: +1.310.788.9900
Fax: +1.310.788.3399

held their conference of counsel pursuant to Federal Rule 26(f) and LCR 26(f), during which the parties discussed, among other topics, the potential for early settlement and proposals for how to efficiently handle this case in connection with the related GameChops Case.

5. Based in part on that discussion, the parties agreed to request that the deadline for Defendant's response to Plaintiff's Complaint in this action be extended from November 10 to November 24, 2026. The extension is primarily intended to allow the parties to further pursue their discussions of a possible early resolution of this matter as well as the related GameChops Case. To facilitate those discussions, the parties have further agreed to request an extension of the deadline for the defendants in the GameChops Case to respond to that complaint to November 24th, so that the response deadlines in the two cases are aligned. That request (similar to this one) was filed today in the GameChops Case.

6. This request is made in good faith, based on the parties' intent to explore early settlement of this case and the GameChops Case, and not for the purpose of delay.

7. No other deadlines are impacted by this request.

/ / /

/ / /



**Ashurst Perkins Coie US LLP**
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067-6022
Phone: +1.310.788.9900
Fax: +1.310.788.3399

8. Therefore, the Parties respectfully request that the deadline for Defendant to respond to the Complaint be extended from November 10, 2026 to November 24, 2026.

IT IS SO STIPULATED this 29th day of October, 2026.

Dated: October 29, 2026

By: s/ William C. Rava

William C. Rava, Bar No. 29948
**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
will.rava@ashurstperkins.com

Robert W. Clarida, *Pro Hac Vice Forthcoming*
**Ashurst Perkins Coie US LLP**
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
Telephone: +1.212.262.6900
Facsimile: +1.212.977.1649
Robert.Clarida@ashurstperkins.com

Jeffrey Adam Payne, *Pro Hac Vice Forthcoming*
**Ashurst Perkins Coie US LLP**
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067-6022
Telephone: +1.310.788.9900
Facsimile: +1.310.788.3399
Jeffrey.Payne@ashurstperkins.com

*Attorneys for Plaintiff Materia Music Inc*

By: s/ Stacia N. Lay

Stacia N. Lay, Bar No. 30594
Venkat Balasubramani, Bar No. 28269
**Focal PLLC**
900 1st Avenue S., Suite 201
Seattle, Washington 98134
Tel: (206) 529-4827
Fax: (206) 260-3966
Email: stacia@focallaw.com
Email: venkat@focallaw.com

**WORD LIMIT CERTIFICATION**

I certify that this memorandum contains 380 words, in compliance with the Local Civil Rules.

**ORDER**

Having reviewed the parties' Stipulation, and good cause appearing, IT IS SO ORDERED that the deadline for Defendant Christopher Davidson to respond to the Complaint is extended from November 10, 2026, to November 24, 2026.

DATED this 3rd day of November 2026.

The Honorable Jamal N. Whitehead
UNITED STATES DISTRICT JUDGE

Presented by:

William C. Rava, Bar No. 29948
**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
will.rava@ashurstperkins.com

*Attorneys for Plaintiff Materia Music Inc*