THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATERIA MUSIC INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER DAVIDSON p/k/a DJ CUTMAN, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | No. 2:26-cv-03656-JNW<br><br>AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT<br><br>JURY DEMAND |

Plaintiff Materia Music Inc. brings this Amended Complaint against Defendant Christopher Davidson p/k/a DJ Cutman and Does 1 through 10 and alleges as follows:

## NATURE OF ACTION

1. This is an action for copyright infringement under 17 U.S.C. § 501, resulting from Defendant Christopher Davidson's decade-long unauthorized exploitation of musical works in which Materia Music holds exclusive rights under copyright.

2. Materia Music is a Seattle-based independent record label and music publisher specializing in video game music. Chris Davidson brags that he founded GameChops, a competing video game music label that holds itself out as "The World's Original Video Game



**Ashurst Perkins Coie US LLP**
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067-6022
Phone: +1.310.788.9900
Fax: +1.310.788.3399

Music Record Label."[1] He claims that, over time, GameChops has "grown into the world's most popular video game music label."[2]

3. Since Materia was founded in 2015, Davidson has created more than 100 videos incorporating works by Materia artists without Materia's authorization or consent and uploaded those videos to his and GameChops' YouTube accounts for free. Davidson knew how to license Materia's works for those videos, because he had done it before. But he chose not to license Materia's works for these videos. And when Materia requested that YouTube remove the infringing videos due to Davidson's blatant and systematic copyright infringement, Davidson doubled down and swore to YouTube that each had been removed by mistake, without claiming a synchronization license for any of them.

4. Materia brings this action to halt Davidson's ongoing and willful infringement of the registered copyrights in which Materia holds exclusive rights.

## JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction over this action under 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1338(a) (acts of Congress relating to copyrights and trademarks) because this action alleges violations of the Copyright Act, 17 U.S.C. § 101 et seq.

6. Venue is proper in this District under 28 U.S.C. § 1400(a) because Davidson may be found here, as he is subject to personal jurisdiction in this District, as alleged in paragraphs 24 through 29 below. Venue is proper in this District under 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to Materia's claim occurred in this District, where Materia received Davidson's counter notifications and suffered the injury they caused.

## THE PARTIES

7. Plaintiff Materia Music Inc. is an independent record company, music publisher, and music production company based in Seattle, Washington. It is one of the first and largest

---

[1] "The World's Original Video Game Music Record Label," GameChops.com, http://www.gamechops.com (last accessed Sept. 26, 2026).

[2] "Our Story," GameChops.com, http://www.gamechops.com/story/ (last accessed Sept. 26, 2026).



**Ashurst Perkins Coie US LLP**
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067-6022
Phone: +1.310.788.9900
Fax: +1.310.788.3399

independent record companies to focus exclusively on video game music. It is now among the most well-known and largest sources of music and related merchandise in the video game music genre. Materia was formerly known as Materia Collective, LLC, and converted to Materia Music Inc. on July 9, 2021.

8. Defendant Christopher Davidson p/k/a DJ Cutman is an individual who lives in Philadelphia, Pennsylvania, and does significant business in Washington. Davidson is a video game music DJ, producer, and record label owner. Davidson formed GameChops, LLC, a competing video game record label that he owns and controls. On information and belief, Davidson is the founder, owner, and sole operator and account holder of the YouTube channels @Dj Cutman[3] and @GameChops.[4] On information and belief, Davidson personally posted the videos on the Dj Cutman and GameChops YouTube channels, potentially in concert with the Doe Defendants.

## GENERAL ALLEGATIONS

### A. Materia Music's Rights in the Works at Issue

9. Materia holds exclusive rights under copyright, as alleged below, in the following musical compositions and sound recordings (the "**Materia Works**"):

| Materia Work | Copyright Reg. No. | Eff. Reg. Date |
|---|---|---|
| A Town Called Hometown | PA0002164011 | Feb. 4, 2019 |
| Before the Story | PA0002164011 | Feb. 4, 2019 |
| CHAOS KING | PA0002164011 | Feb. 4, 2019 |
| Checker Dance | PA0002164011 | Feb. 4, 2019 |
| Don't Forget | PA0002164011 | Feb. 4, 2019 |
| Empty Town | PA0002164011 | Feb. 4, 2019 |
| Field of Hopes and Dreams | PA0002164011 | Feb. 4, 2019 |
| Friendship | PA0002164011 | Feb. 4, 2019 |
| Hip Shop | PA0002164011 | Feb. 4, 2019 |
| Lancer | PA0002164011 | Feb. 4, 2019 |

[3] The Dj Cutman YouTube channel is available online at https://www.youtube.com/DjCUTMAN.

[4] The GameChops YouTube channel is available online at https://www.youtube.com/channel/UCDVKYPXwdYUQfgA05CkyFSg



**Ashurst Perkins Coie US LLP**
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067-6022
Phone: +1.310.788.9900
Fax: +1.310.788.3399

| | | |
|---|---|---|
| Quiet Autumn | PA0002164011 | Feb. 4, 2019 |
| Rouxls Kaard | PA0002164011 | Feb. 4, 2019 |
| Rude Buster | PA0002164011 | Feb. 4, 2019 |
| The Legend | PA0002164011 | Feb. 4, 2019 |
| The World Revolving | PA0002164011 | Feb. 4, 2019 |
| A Cyber's World? | PA0002553847 | Oct. 8, 2025 |
| Girl Next Door | PA0002553847 | Oct. 8, 2025 |
| Until Next Time | PA0002553849 | Oct. 8, 2025 |
| Attack of the Killer Queen | PA0002553850 | Oct. 8, 2025 |
| BIG SHOT | PA0002553850 | Oct. 8, 2025 |
| Lost Girl | PA0002553850 | Oct. 8, 2025 |
| Another Medium | SR0000784995 | Apr. 24, 2017 |
| Asgore | SR0000784995 | Apr. 24, 2017 |
| Bonetrousle | SR0000784995 | Apr. 24, 2017 |
| Dating Start | SR0000784995 | Apr. 24, 2017 |
| DogSong | SR0000784995 | Apr. 24, 2017 |
| Don't Give Up | SR0000784995 | Apr. 24, 2017 |
| Enemy Approaching | SR0000784995 | Apr. 24, 2017 |
| His Theme | SR0000784995 | Apr. 24, 2017 |
| Home | SR0000784995 | Apr. 24, 2017 |
| Hopes and Dreams | SR0000784995 | Apr. 24, 2017 |
| It's Raining Somewhere Else | SR0000784995 | Apr. 24, 2017 |
| Last Goodbye | SR0000784995 | Apr. 24, 2017 |
| Megalovania | SR0000784995 | Apr. 24, 2017 |
| Once Upon a Time | SR0000784995 | Apr. 24, 2017 |
| Reunited | SR0000784995 | Apr. 24, 2017 |
| sans | SR0000784995 | Apr. 24, 2017 |
| Shop | SR0000784995 | Apr. 24, 2017 |
| Snowdin Town | SR0000784995 | Apr. 24, 2017 |
| Song That Might Play When You Fight sans | SR0000784995 | Apr. 24, 2017 |
| Spear of Justice | SR0000784995 | Apr. 24, 2017 |
| Spider Dance | SR0000784995 | Apr. 24, 2017 |
| Thundersnail | SR0000784995 | Apr. 24, 2017 |
| Undertale | SR0000784995 | Apr. 24, 2017 |
| Your Best Nightmare | SR0000784995 | Apr. 24, 2017 |
| First Steps | SR0000857367 | Aug. 1, 2019 |
| In the Mirror | SR0000857367 | Aug. 1, 2019 |
| Resurrections | SR0000857367 | Aug. 1, 2019 |



**Ashurst Perkins Coie US LLP**
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067-6022
Phone: +1.310.788.9900
Fax: +1.310.788.3399

10. *The UNDERTALE Works*. Toby Fox wrote and recorded the soundtrack to the video game UNDERTALE, first published on September 15, 2015. His company, Royal Sciences LLC, owns the copyrights in the UNDERTALE soundtrack sound recordings and the musical compositions embodied in them, which are registered under Registration No. SR 784-995 (the "**UNDERTALE Works**").

11. In a written agreement with Materia dated February 15, 2025 (the "**2025 Undertale Agreement**"), Royal Sciences granted Materia, among other rights: (a) "the exclusive right to digital[ly] distribute and monetize" the UNDERTALE sound recordings "at all streaming platforms except Bandcamp and Steam," which include YouTube; (b) "the exclusive right to otherwise exploit" those recordings, "including, without limitation, granting and administering licenses, including synchronization licenses," through "any and all media now known or hereafter devised throughout the universe"; and (c) "the exclusive right to administer throughout the Territory" Royal Sciences' interest in the compositions embodied in those recordings, including the right "to exploit and administer all rights in and to the Compositions." The 2025 Undertale Agreement disclaims any agency relationship between Royal Sciences and Materia.

12. Before the 2025 Undertale Agreement, Materia held rights in the UNDERTALE Works under a written license agreement with Royal Sciences made as of May 15, 2016 (the "**2016 Agreement**"). The 2016 Agreement granted Materia "the exclusive right to administer throughout the Territory" Royal Sciences' interest in the UNDERTALE compositions, including the right "to exploit and administer all rights in and to the Compositions, whether such rights are now known or hereafter discovered or created," together with the right to exploit the UNDERTALE sound recordings, including by "granting and administering synchronization licenses."

13. *The DELTARUNE Works.* Fox also wrote the music for the video game DELTARUNE. Royal Sciences owns the copyrights in the compositions from DELTARUNE Chapters 1 and 2 listed above, which are registered under Nos. PA 2-164-011, PA 2-553-847,



**Ashurst Perkins Coie US LLP**
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067-6022
Phone: +1.310.788.9900
Fax: +1.310.788.3399

PA 2-553-849, and PA 2-553-850 (the "**DELTARUNE Works**"). In written license agreements made as of November 1, 2018 (DELTARUNE Chapter 1) and September 12, 2021 (DELTARUNE Chapter 2), Royal Sciences granted Materia "the exclusive right to administer throughout the Territory" its interest in the compositions on each soundtrack, including the right "to exploit and administer all rights in and to the Compositions." In a renewal license agreement dated May 19, 2025 (the "**2025 Deltarune Agreement**"), Royal Sciences again granted Materia the exclusive right to administer those compositions, together with "the exclusive right to digital[ly] distribute and monetize" the DELTARUNE sound recordings "at all streaming platforms except Bandcamp and Steam" and "the exclusive right to otherwise exploit" them, "including, without limitation, granting and administering licenses, including synchronization licenses."

14. *The CELESTE Works.* Helena Chappelle, known professionally as Lena Raine, wrote and recorded the soundtrack to the video game Celeste. She owns the copyrights in the sound recordings and compositions registered under No. SR 857-367 (the "**CELESTE Works**"). In a written license agreement with Materia made as of January 25, 2018 (the "**Celeste Agreement**"), Ms. Chappelle granted Materia "the exclusive right to administer throughout the Territory" her interest in the compositions on the Celeste soundtrack, including the right "to exploit and administer all rights in and to the Compositions, whether such rights are now known or hereafter discovered or created," together with the right to exploit the Celeste sound recordings, including by "granting and administering synchronization licenses." Only the compositions embodied in the CELESTE Works are at issue in this case.

15. Materia's exclusive rights in the Materia Works include the rights to reproduce them in audiovisual works, to synchronize them with video, to distribute and perform them on YouTube and other streaming platforms, and to authorize others to do each of those things. Those are the rights Davidson infringed. Materia has held the exclusive right to administer and exploit Royal Sciences' interest in the UNDERTALE compositions since 2016, Ms. Chappelle's



**Ashurst Perkins Coie US LLP**
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067-6022
Phone: +1.310.788.9900
Fax: +1.310.788.3399

interest in the CELESTE compositions since 2018, and Royal Sciences' interest in the DELTARUNE compositions since 2018 (Chapter 1) and 2021 (Chapter 2), and has held exclusive rights in the UNDERTALE and DELTARUNE sound recordings since 2025. Materia is therefore the legal owner of exclusive rights under copyright in each Materia Work. *See* 17 U.S.C. §§ 101, 201(d)(2), 501(b).

16. Each of the Materia Works is an expressive and creative work and, as such, is at the core of copyright's protective purposes.

**B. Defendant Davidson's YouTube Posts and Infringing Activities**

17. Between approximately May 19, 2016, and March 25, 2026, Davidson (potentially in concert with the Doe Defendants) created and uploaded videos incorporating one or more of the Materia Works to the Dj Cutman YouTube and/or the GameChops YouTube channels (the "**Alleged Infringements**"). A complete list of the Alleged Infringements with the corresponding infringing URL and incorporated Materia Work is attached hereto as **Exhibit A**.

18. Each of the Alleged Infringements synchronized one or more Materia Works to video. Thus, by creating the Alleged Infringements, Davidson (potentially in concert with the Doe Defendants) prepared derivative works based on the synchronized Materia Work.

19. By uploading the Alleged Infringements to the Dj Cutman YouTube and/or GameChops YouTube channels, Davidson (potentially in concert with the Doe Defendants) reproduced, distributed, transmitted, or otherwise communicated to the public the Materia Works embodied in the Alleged Infringements by making them freely available to the public online.

20. Neither Materia nor any person or entity acting on its behalf authorized or consented to Defendants' synchronization of any of the Materia Works to video, by issuing a synchronization (or "sync") license or otherwise. Nor did Materia or any person or entity acting on its behalf authorize or consent to the distribution, transmission, and/or communication of the Alleged Infringements on the Dj Cutman or GameChops YouTube channels, or anywhere else.



**Ashurst Perkins Coie US LLP**
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067-6022
Phone: +1.310.788.9900
Fax: +1.310.788.3399

21. Materia submitted takedown notices under the Digital Millennium Copyright Act ("**DMCA**") (i.e., "copyright removal requests" under YouTube's Copyright and Rights Management Policy[5]) to YouTube for each of the Alleged Infringements, demanding that YouTube remove the Alleged Infringements. A complete list of the copyright removal requests that Materia submitted, along with the corresponding Google Ticket Number, Materia Works, and infringing URLs, is included in **Exhibit A** attached hereto.

22. YouTube responded to Materia's copyright removal requests by removing the videos and giving notice to Davidson. After YouTube removed the Alleged Infringements, Davidson signed and submitted counter notifications (i.e., "disputes" under YouTube's policy) to each of the copyright removal requests Materia submitted. In his counter notifications, Davidson did not claim to hold a synchronization license for any video. He asserted instead that the underlying compositions were "mechanically licensed" or that Toby Fox "has publicly authorized videos containing this music." In many, he swore that "[w]e produced and own the master sound recording in this video." In others, he relied on a June 18, 2022, social media post by Toby Fox, or described the video as "a short fan video." In at least one, he swore that the video was "my own remix of that music, which I produced," licensed "through an exclusive distribution agreement"—again without identifying any synchronization license from Materia or Royal Sciences. A mechanical license does not authorize synchronizing a composition with video. Davidson knew this: the same mechanical licenses GameChops has filed in this Court, each naming Davidson as licensee, state that they do "not include the right to rearrange the Composition(s), synchronize the Composition(s) to visual media, publicly perform the Composition(s), or create a derivative work." *GameChops* Compl. Ex. C. A complete list of the Google Ticket Numbers corresponding to Davidson's counter notifications is included in Exhibit A attached hereto.

---

[5] YouTube's Copyright and Rights Management Policy is available at https://support.google.com/youtube/answer/2807622?hl=en-GB.



**Ashurst Perkins Coie US LLP**
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067-6022
Phone: +1.310.788.9900
Fax: +1.310.788.3399

23. Following its receipt of Davidson's counter notifications, YouTube informed Materia that it would repost each of the Alleged Infringements "[a]fter 10 US business days" unless a suit was filed seeking injunctive relief preventing Davidson's continued infringements. A representative example of one of these notices from YouTube is as follows:

YouTube

We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=uH978Cr2A4c

Display name of uploader: GameChops

I have a good faith belief this material was removed as a result of mistake or misidentification. We produced and own the master sound recording in this video. The underlying composition is mechanically licensed, and the copyright owner, Toby Fox, has publicly authorized videos containing this music.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Christopher Davidson

Christopher Davidson
[redacted]
Philadelphia, PA [redacted]
United States

[redacted]

[redacted]

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

## C. This Court has Personal Jurisdiction Over Davidson

24. This Court has personal jurisdiction over Davidson. Davidson personally directed the conduct at issue at Washington and purposefully availed himself of this forum, and Materia's claims arise out of and relate to his Washington contacts.

25. Davidson personally signed every counter notification described in paragraph 22, for videos on both the Dj Cutman and GameChops YouTube channels, under the DMCA. He signed each in his own name, with no title and no reference to GameChops, and listed his personal email address, personal phone number, and a Philadelphia address different from the business address GameChops uses. In each, Davidson swore under penalty of perjury that he had



**Ashurst Perkins Coie US LLP**
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067-6022
Phone: +1.310.788.9900
Fax: +1.310.788.3399

a good-faith belief that the video had been removed by mistake or misidentification. In many, he swore that he personally owned the sound recording at issue—"I own it"—even where the recording was "released by GameChops." Davidson knows how to act for GameChops when he chooses to: in a DMCA counter notification submitted to DistroKid on October 1, 2026, Davidson identified the sender as "GameChops LLC c/o Christopher Davidson," used GameChops' business address and email address, and signed as "Owner, GameChops LLC." When Davidson wrote to Materia for GameChops in October 2025, he likewise used his GameChops email address and signed as "Founder @ GameChops."

26. Davidson aimed those counter notifications at Materia in Washington. Each responded to a removal request that identified Materia as the claimant. Davidson knew that YouTube would forward each counter notification to Materia, and that YouTube would restore each video unless Materia sued him within 10 to 14 business days. *See* 17 U.S.C. § 512(g)(2)(B)–(C). He also knew, from years of dealing with Materia, that Materia is based in Washington and manages its catalogue from here. And he knew whose rights Materia was enforcing: his counter notifications refer to "[t]he copyright owner, Toby Fox (Royal Sciences LLC), on whose behalf the claimant states it acts," and invoke "[t]he claimant's own published YouTube policy." Davidson's counter notifications forced Materia to make a choice: sue him, or let his infringement of the Materia Works resume. Materia chose to enforce its rights by suing.

27. Davidson then chose this District to litigate the same dispute. Davidson founded GameChops, LLC, and owns and controls it. On September 18, 2026—ten days before Materia filed this action—GameChops sued Materia in this Court. *GameChops, LLC v. Materia Music*, No. 2:26-cv-03503 (W.D. Wash.). On information and belief, Davidson authorized and directed that filing. GameChops asks this Court to declare that GameChops has not infringed the copyrights Materia asserted in its removal requests, including Toby Fox's. *Id.*, Compl. ¶¶ 113–17. It asks this Court to enjoin Materia from seeking removal of "any material posted by GameChops and DJ Cutman," including the videos on Davidson's personal Dj Cutman channel.



**Ashurst Perkins Coie US LLP**
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067-6022
Phone: +1.310.788.9900
Fax: +1.310.788.3399

*Id.*, Prayer ¶ 1(A)–(B). And it alleges that "GameChops has submitted DMCA counternotices," *id.* ¶ 55, which are the same counter notifications Davidson signed in his own name. Through GameChops, Davidson invoked this Court's jurisdiction to decide whether the uses at issue here infringe Materia's rights.

28. Davidson's dealings with Materia in Washington go back years, and they concern the works at issue in this Amended Complaint. Davidson released at least one album of Toby Fox's music with Materia under his own artist name: *Deltarune Remixed*, a DJ Cutman album of DELTARUNE remixes, released in February 2022 under licenses Materia granted. In October 2025, Davidson himself described it to Materia as "still one of the top Dj CUTMAN albums I ever released," adding that "it would be cool to do another project together for old time sake." Acting for GameChops, Davidson also negotiated and personally signed three license agreements with Materia for GameChops albums in 2018 and 2019, and a settlement agreement with Materia in January 2021. Each agreement selected Washington law and the courts of King County or Seattle, Washington, for disputes. For years, Materia distributed GameChops releases from Washington and paid GameChops royalties under those agreements. And in October 2025, after Materia told GameChops that a GameChops video of DELTARUNE music required a synchronization license, Davidson called Materia's chief executive and wrote to Materia inviting it to "send along a quote for sync," adding that he was "happy to license direct if we can afford it."

29. In the alternative, GameChops is Davidson's alter ego, and its forum contacts are Davidson's. On information and belief, Davidson is GameChops' sole member and decision-maker and personally holds the YouTube accounts for both channels. On information and belief, Davidson does not observe corporate formalities for GameChops and commingles personal and GameChops funds. As alleged above, Davidson signed the counter notifications for GameChops' videos in his own name, swore that he personally owns sound recordings "released by GameChops," and is named personally as licensee in the mechanical licenses GameChops relies



**Ashurst Perkins Coie US LLP**
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067-6022
Phone: +1.310.788.9900
Fax: +1.310.788.3399

on for its DELTARUNE album. GameChops, in turn, groups Davidson's personal Dj Cutman channel among "the GameChops YouTube channels," sought relief in this Court for the removal of "GameChops' and DJ Cutman's content," and claims the counter notifications Davidson signed as its own. *GameChops*, Compl. ¶¶ 15, 55, 78 & Ex. C. GameChops even alleges that Materia's takedowns targeted works "that GameChops and/or Mr. Davidson had licensed" and "works owned by GameChops and/or Mr. Davidson," treating the two as interchangeable. *Id.* ¶ 57. Davidson should not be permitted to use GameChops to litigate this dispute here while invoking GameChops' separate existence to avoid answering for his own conduct here. Exercising jurisdiction over Davidson here is fair and reasonable. Through GameChops, he is already litigating the exact same issues alleged in this Amended Complaint in this District. His longtime counsel, Heather Morado of Morado Law, PLLC, practices in Seattle. She has handled Davidson's copyright matters for years, including certifying, in January 2022, the registration of the *Mario & Chill* sound recording (Reg. No. SR 924-376), which names Davidson personally as its author and GameChops as claimant by written transfer—the same album GameChops licensed to Materia in Washington. Davidson identified Ms. Morado as "my attorney" in his October 2025 dispute with Materia over the DELTARUNE album, she has represented Davidson and GameChops in their dealings with Materia concerning these works since then, and she represents GameChops in its suit against Materia here. Washington has a strong interest in protecting the rights of a Washington company. And resolving Materia's claim here, alongside GameChops' claims concerning the same works, avoids duplicative litigation and the risk of inconsistent results.

**<u>FIRST CAUSE OF ACTION</u>**

**(Copyright Infringement, 17 U.S.C. §§ 106, 501)**

**(Against All Defendants)**

30. Materia realleges and incorporates by reference the allegations of paragraphs 1 through 29 of this Amended Complaint as if fully set forth herein.



**Ashurst Perkins Coie US LLP**
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067-6022
Phone: +1.310.788.9900
Fax: +1.310.788.3399

31. Materia is the legal owner of exclusive rights under copyright in each of the Materia Works, as alleged in paragraphs 9 through 15. The Materia Works are copyrightable works under the Copyright Act, 17 U.S.C. § 101 et seq.

32. The copyrights to each of the Materia Works have been registered with the United States Copyright Office and are valid, subsisting, and enforceable.

33. Defendants infringed the copyrights in the Materia Works by synchronizing the Materia Works to video without license, authorization, permission, or consent to do so, thereby violating Materia's right under 17 U.S.C. § 106(2) to prepare, and to authorize others to prepare, derivative works based on the Materia Works.

34. Defendants further infringed the copyrights in the Materia Works by copying, reproducing, distributing, and publishing all or substantial portions of the Materia Works in videos that Davidson posted on the Dj Cutman and GameChops YouTube channels (i.e., the Alleged Infringements, as set forth in Exhibit A attached hereto)—and possibly other platforms—without license, authorization, permission, or consent from Materia, in violation of the Copyright Act, 17 U.S.C. §§ 106, 501.

35. Defendants' acts of infringement were willful, intentional, and purposeful, and in blatant disregard of Materia's rights.

36. As a result of Defendants' willful copyright infringement, Materia has suffered damages in an amount to be established at trial.

37. As a direct and proximate result of Defendants' willful infringements, Materia is entitled to maximum statutory damages of $150,000 for each registered work infringed, or actual damages and Defendants' profits in amounts to be proven at trial, and/or such other amounts as may be proper under 17 U.S.C. § 504(c).

38. Materia is entitled to recover its attorney's fees and costs under 17 U.S.C. § 505.

39. Davidson objected to the removal of the Alleged Infringements from YouTube, refused to agree not to re-post those infringing works, and requested that YouTube reinstate the



**Ashurst Perkins Coie US LLP**
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067-6022
Phone: +1.310.788.9900
Fax: +1.310.788.3399

Alleged Infringements on the Dj Cutman and GameChops YouTube channels, respectively. *See, e.g.*, Ex. A (listing counter-notification ticket numbers in column C). As a result, Materia has suffered and will continue to suffer substantial, immediate, and irreparable injury, for which there is no adequate remedy at law. Unless enjoined by this Court, Defendants will continue to infringe Materia's rights in the Materia Works and in other works belonging to Materia. Materia is therefore entitled to injunctive relief to enjoin Defendants' ongoing and future infringement.

**PRAYER**

WHEREFORE, Plaintiff Materia Music Inc. requests that the Court enter judgment in its favor and against Defendant Christopher Davidson and Does 1–10, with an award of the following relief:

1. A temporary, preliminary, and permanent injunction enjoining Defendants, and any and all other persons and entities acting in concert with them, from reproducing or distributing the Materia Works (as embodied in the Alleged Infringements, or otherwise) or any other musical composition or sound recording in which Materia holds exclusive rights;
2. An award of damages as permitted by 17 U.S.C. § 504(b) and (c) and other applicable law;
3. An award of Materia's costs, including reasonable attorney's fees, as permitted by 17 U.S.C. § 505;

/ / /

/ / /



**Ashurst Perkins Coie US LLP**
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067-6022
Phone: +1.310.788.9900
Fax: +1.310.788.3399

4. An order directing impoundment or destruction of all copies of the Alleged Infringements, as permitted by 17 U.S.C. § 503(a)(1)(A); and

5. Any other relief that this Court deems just and proper.

Dated: November 23, 2026

By: s/ William C. Rava

William C. Rava, Bar No. 29948
**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
will.rava@ashurstperkins.com

s/ Robert W. Clarida

Robert W. Clarida, *Pro Hac Vice*
**Ashurst Perkins Coie US LLP**
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
Telephone: +1.212.262.6900
Facsimile: +1.212.977.1649
Robert.Clarida@ashurstperkins.com

s/ Jeffrey Adam Payne

Jeffrey Adam Payne, *Pro Hac Vice*
**Ashurst Perkins Coie US LLP**
1999 Avenue of the Stars, Suite 1000 Los Angeles, California 90067-6022
Telephone: +1.310.788.9900
Facsimile: +1.310.788.3399
Jeffrey.Payne@ashurstperkins.com

*Attorneys for Plaintiff Materia Music Inc.*